UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HENDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. R. LANKFORD, et al.,<br><br>        Defendants. | No. 2:12-cv-2317 KJN P<br><br><br><u>ORDER</u> |

      Plaintiff is a state prisoner proceeding without counsel. All parties consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). On March 10, 2014, plaintiff filed a document styled, "Plaintiff Opposes and Objects to Inspection and/or Copying of his Medical Records by Defendants." (ECF No. 34.) However, any request that this court issue an order must be made by formal motion, which must comply with the Local Rules of this court. See Local Rule 230(l); Discovery and Scheduling Order (ECF No. 33). Accordingly, plaintiff's filing (ECF No. 34) is disregarded.

Dated: March 31, 2014

/hend2317.34

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1