UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HENDERSON, | No. 2:12-cv-2317 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. R. LANKFORD, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel.  Both parties consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).

On September 25, 2014, plaintiff filed a motion to compel discovery responses. Defendant filed an opposition on September 29, 2014.  Plaintiff seeks an order compelling defendant to produce for inspection and copying the documents requested on or about June 29, 2014.  Plaintiff claims that the delay in production prejudices his ability to file or oppose pretrial motions.  However, as argued by defendant, the undersigned granted defendant an extension of time up to and including October 13, 2014, in which to file discovery responses, including the production of documents.  (ECF No. 54.)  Therefore, plaintiff's motion to compel is premature because it was filed prior to the deadline for discovery responses.  Moreover, the pretrial motions deadline was continued to December 18, 2014; thus, plaintiff suffers no prejudice by the court's order granting the extension of time.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 55)
2  is denied without prejudice.
3  Dated:  October 15, 2014

/hend2317.mtc2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE